[No. 11442.  Department One.  December 26, 1913.]

W. C. Calhoun, *Appellant*, v. Joseph Metzger *et al.*, *Respondents*.[1]

Appeal from a judgment of the superior court for Yakima county, Grady, J., entered May 10, 1913, dismissing a habeas corpus proceeding, upon sustaining a demurrer to the petition.  Affirmed.

*H. J. Snively*, for appellant.

*The Attorney General* and *John M. Wilson, Assistant*, for respondents.

Per Curiam.—This case is controlled by the decision in the case of *Thorp v. Metzger*, ante p. 62, 137 Pac. 330.  In fact, the executive warrant which was there considered provided for the arrest and extradition of the appellant herein, as well as the appellant in that case.

The judgment will be affirmed.